IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE SANDOVAL
aka LUIS SANDOVAL,

      Plaintiff,                  No. CIV S-05-0743 LKK DAD P

      vs.

ANA RAMIREZ PALMER, et al.,

      Defendants.          ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application is incomplete.  The certificate section of the form has not been completed by an authorized officer at plaintiff's institution of incarceration, and the application does not include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of this action. See 28 U.S.C. § 1915(a)(2).  Plaintiff may not proceed with this action until he has paid the required filing fee in full or submitted a properly completed in forma pauperis application that makes the showing required by 28 U.S.C. § 1915.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order. The application must include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of this action on April 18, 2005. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

3  2. The Clerk of the Court is directed to send plaintiff a copy of the form Application to Proceed In Forma Pauperis By a Prisoner for use in prisoner civil rights actions.

DATED: June 13, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
sand0743.3c

2