IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE SANDOVAL
aka LUIS SANDOVAL,

      Plaintiff,                        No. CIV S-05-0743 LKK DAD P

   vs.

ANA RAMIREZ PALMER, et al.,

      Defendants.             FINDINGS AND RECOMMENDATIONS
_____/

      By an order filed June 14, 2005, plaintiff was ordered to file an in forma pauperis affidavit along with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of this action. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit along with a certified copy of his prison trust account statement. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate

1

1  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

2  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

3  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4  DATED: July 26, 2005.

```
                                    /s/ Dale A. Drozd
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

7  DAD:lg
   sand0743.fifp